# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| BAILEY JOHNSON<br>*Plaintiff*<br>v.<br>MANIILAQ ASSOCIATION<br>*Defendant* | )<br>)<br>)  Civil Action No. 3:21-cv-00206-JWS<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant Maniilaq Association recover of plaintiff Bailey Johnson defendant's costs of action in the amount of $_____ and attorney's fees in the amount of $_____ with post-judgment interest thereon at the rate of  2.10%  as provided by law.

APPROVED:

s/John W. Sedwick
John W. Sedwick
United States District Judge

**Brian D. Karth**
Brian D. Karth
Clerk of Court

Date: May 10, 2022

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*